AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Gilberto Bravo-Carrillo, and
Victor Arzola-Ortiz

*Defendant(s)*

Case No. 8:17MJ1163MAP

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 24, 2017 in the county of Hernando in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Transporting aliens for private financial gain. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Anthony M. Fiorita, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/28/17

[signature]
*Judge's signature*

City and state: Tampa, Florida

Mark A. Pizzo, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Anthony M. Fiorita, being duly sworn, hereby depose and state as follows:

1. I have been employed as a United States Border Patrol Agent with the United States Border Patrol since February 3, 1997. Since July of 2004, I have been assigned to the United States Border Patrol Station in Tampa, Florida.

2. In my capacity as a Border Patrol Agent, I am charged with enforcing U.S. immigration laws, both administrative and criminal sections of the law. I am a federal law enforcement officer with the authority to execute arrest warrants and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal experience and observations as well as the experience and observations of fellow agents as they have relayed them to me. This affidavit does not contain every fact regarding the investigation, but does document the probable cause to charge **Victor ARZOLA-Ortiz** and **Gilberto BRAVO-Carrillo**, both Mexican citizens and nationals illegally present in the United States, with transporting four illegal aliens for private financial gain in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii).

4. I submit only those facts believed to be relevant to the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts of the investigation.

## FACTS AND CIRCUMSTANCES

5. On February 24, 2017, Border Patrol (BP) agents assigned to the Tampa, Florida, station were engaged in highway operations in search of alien smuggling loads from outside of Florida entering the area of operation for the Tampa Border Patrol Station. At that time, an agent assigned to the Tampa Station was parked in the center median of Interstate 75 in the vicinity of mile marker 318, which is located just north of the county line between Sumter and Hernando County. The agent was monitoring traffic on Interstate 75. The agent observed a tan Ford Expedition, which appeared to bear a Texas license plate, traveling southbound.

6. Texas is a well-documented crossing point into the United States for illegal aliens. Agents in the Tampa area have interdicted several Texas plated vehicles on Interstate 75 transporting illegal aliens from the United States/Mexico border to Florida. The southern border areas of Texas are currently the most active areas in the United States for alien and narcotic smugglers.

7. The agent pulled out from his stationary position to further observe the Expedition and its occupants. The agent followed the vehicle for approximately fifteen miles as it travelled along Interstate 75. Immediately after the agent left his stationary position, the agent observed that the driver of the vehicle had accelerated and was weaving around traffic. The agent got behind the vehicle and observed the driver drop his speed from well above the posted 70 mph speed limit to between 55 and 60 mph.

8. After following the vehicle for some time, the agent paralleled the vehicle and observed a total of six occupants. The driver and front passenger appeared to be Hispanic males and appeared to be extremely nervous due to the agent's presence, as he was operating a fully marked Border Patrol vehicle. Both persons appeared to be frozen and motionless. The four passengers appeared to be Hispanic males and females, and they appeared to be attempting to hide from view of the Border Patrol vehicle. The passengers did not appear to be in a typical resting or sleeping position as would be expected of passengers travelling long distances.

9. Based on his belief that the vehicle was involved in smuggling operations, the agent then conducted a vehicle stop of the Expedition. The vehicle yielded in the southbound lanes of Interstate 75 near mile marker 303. This area is located within Hernando County, which is located within the Middle District of Florida (MDFL).

10. The agent approached the Expedition and identified himself as a United States Border Patrol Agent. The vehicle contained a total of six occupants. Upon questioning, the driver was identified as **Gilberto BRAVO-Carrillo**. **BRAVO-Carrillo** admitted to being a citizen and national of Mexico illegally present in the United States. The front seat passenger was identified as **Victor ARZOLA-Ortiz. ARZOLA-Ortiz** admitted to being a citizen and national of Mexico illegally present in the United States.

11. The four passengers were determined to be citizens and national of Guatemala illegally present in the United States. They stated that they had been smuggled into the United States through the Texas desert.

12. All six occupants of the vehicle were taken into administrative custody given their illegal status in the United States.

13. On February 27, 2017, the six occupants were transported to the Tampa Border Patrol Station for processing and further investigation. At the Tampa Station, the six occupants were advised of their *Miranda* rights and all subjects agreed to answer questions without having an attorney present.

14. Upon questioning, **BRAVO-Carrillo** and **ARZOLA-Ortiz** admitted to transporting illegal aliens for private financial gain from Texas to the Middle District of Florida.

15. Specifically, **ARZOLA-Ortiz** stated that his friend **BRAVO-Carrillo** informed him that he was staying at a motel near Dallas, Texas, with four Guatemalans who were illegally in the United States and who needed transportation to Venice, Florida. **ARZOLA-Ortiz** agreed to transport the four aliens in his Expedition at a price of $500 - $600 U.S. dollars per person. **ARZOLA-Ortiz** stated that the vehicle left from a motel near Dallas, Texas, on February 23, 2017, and they travelled all night before being encountered by Border Patrol on February 24, 2017. He stated that he knew all five persons in the vehicle were illegally present in the

United States because he spoke to them during the trip about where they were from and their immigration status.

16. Post-*Miranda*, **BRAVO-Carrillo** stated that he was staying at a Motel 6 in Irving, Texas. There he met four Guatemalan aliens who were seeking assistance in travelling to Venice, Florida. He told them that his friend **ARZOLA-Ortiz** had a vehicle and that the two of them could transport the aliens to Venice, Florida, for $500-$600 U.S. dollars a person plus gas money. **BRAVO-Carrillo** stated that the six aliens left in an Expedition from the Motel 6 on February 23, 2017 and travelled to Florida. **ARZOLA-ORTIZ** did most of the driving but **BRAVO-Carrillo** admitted that he drove for approximately one hour of the trip. **BRAVO-Carrillo** stated that he knew the passengers in the vehicle were illegally present in the United States because he spoke with them along the trip about where they were from and their immigration status. He stated that he knew **ARZOLA-Ortiz** from having worked with him at a painting job in Texas.

17. All four passengers admitted to being illegally present in the United States and identified **ARZOLA-Ortiz** and **BRAVO-Carrillo** as the people that transported them from Texas to Florida and who intended to transport them to their final destinations within the United States. The alien-passengers each stated that they had been smuggled into the United States in approximately mid-February 2017 near El Paso, Texas, by unnamed alien smugglers to whom they provided payment. The aliens stated that the smugglers transported them to a Motel 6 in Irving, Texas.

The aliens stated that the day before the encounter with Border Patrol, **ARZOLA-Ortiz** and **BRAVO-Carrillo** arrived and placed them in the Expedition. The aliens stated that they were each going to give **ARZOLA-Ortiz** and **BRAVO-Carrillo** $500 - $600 to transport them from Dallas, Texas to Venice, Florida.

18. Based on the foregoing, there is probable cause to charge **Victor ARZOLA-Ortiz** and **Gilberto BRAVO-Carrillo**, both Mexican citizens and nationals illegally present in the United States, with transporting illegal aliens for private financial gain in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii).

Anthony M. Fiorita
Border Patrol Agent

Sworn to before me and subscribed in my presence, on the 28th day of February, 2017 in Tampa, Florida.

MARK A. PIZZO
United States Magistrate Judge