# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Gilberto Bravo-Carrillo
*Defendant*

Case No. 8:17MJ1163MAP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Gilberto Bravo-Carrillo, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Transporting aliens for private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

FILED 2017 MAR -2 AM 9:08 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA

Date: 2/20/17

[signature]
*Issuing officer's signature*

City and state: Tampa, Florida

Mark A. Pizzo, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 2-28-17, and the person was arrested on *(date)* 2-28-17 at *(city and state)* ______.

Date: 2-28-17

[signature]
*Arresting officer's signature*

Anthony M. Fiorita - BPA
*Printed name and title*